

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-23-00111-CR

Lane Devon **WOOTAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1694
Honorable Velia J. Meza, Judge Presiding

## O R D E R

Stephanie Barajas' notification of late reporter's record is hereby GRANTED IN PART. The reporter's record is due March 17, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court